

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

**FILED**

JAN 10 2024

CLERK. U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

Anand Roy

**Plaintiff,**

v.

Illumina, Inc.

**Defendant.**

Case No.  23-cv-02327-BEN-BGS

### REPORT OF CLERK AND ORDER OF TRANSFER PURSUANT TO "LOW-NUMBER" RULE

### REPORT OF CLERK PURSUANT TO LOW NUMBER RULE

Re:  "Low-Numbered Case No.:  23-cv-02082-LL-MMP

Title:  Kangas v. Illumina, Inc. et al

Nature of Case:  Civil actions re violations or inj involving Gas

The above "low-numbered" case and the present case appear:

| | | |
|---|---|---|
| ☐ | (1) | to arise from the same or substantially identical transactions, happenings or events; or |
| ☒ | (2) | involve the same or substantially the same parties or property; or |
| ☐ | (3) | involve the same patent or trademark or different patents or trademarks covering the same or substantially identical things; or |
| ☐ | (4) | call for determination of the same or substantially identical questions of law; or |
| ☐ | (5) | where a case is refiled within one year of having previously been terminated by the Court; or |
| ☒ | (6) | for other reasons would entail unnecessary duplication of labor if heard by different judges. |

**New Case #:  23-cv-2327-LL-MMP**

This case was transferred pursuant to the Low-Number Rule.  The related cases have been assigned to the same judge and magistrate judge but they are NOT CONSOLIDATED at this point; all pleadings must still be filed separately in each case.

**John Morrill**, Clerk of Court,

Dated:  _____12/28/23_____

By:  s/A. Sudan

A. Sudan, Deputy

### ORDER OF TRANSFER PURSUANT TO "LOW-NUMBER" RULE

I hereby consent to transfer of the above-entitled case to my calendar pursuant to Local Rule 40.1, Transfer of Civil Cases under "Low-Number" Rule.

Dated:  _____12/28/23_____

Linda Lopez
United States District Judge

It appearing that the above-entitled case is properly transferable in accordance with the provisions of the Low-Number Rule, IT IS HEREBY ORDERED that this case is transferred to the calendar of Judge Linda Lopez and Magistrate Judge Michelle M. Pettit for all further proceedings.

Dated:  __1/11/2024__

Roger T. Benitez
United States District Judge